# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DEMARIUS MANNING,**　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC #133939**

**v.**　　　　　　　**CASE NO. 5:10CV00039 BSM/JTK**

**LARRY NORRIS, Former Director,**　　　　　　　　　　　　　　**RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.　Manning's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. No. 2] be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

2.　A certificate of appealability will not be issued because Manning has not made a substantial showing of the denial of a constitutional right.

IT IS SO ORDERED this 16th day of July 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE