# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DEMARIUS MANNING,**                                                                       **PETITIONER**
ADC #133939

v.                 **CASE NO. 5:10CV00039 BSM/JTK**

**LARRY NORRIS, Former Director,**                                      **RESPONDENT**
Arkansas Department of Correction

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this petition be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 16th day of July 2012.

                                                                                    */s/ Brian S. Miller*
                                                                 UNITED STATES DISTRICT JUDGE